1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES SMITH,
                                                No. CIV S-10-0198 MCE DAD PS
11              Plaintiff,

12        v.

13   AURORA LOAN SERVICES and            ORDER
     DOES 1 through 100, inclusive,
14
                Defendants.
15   _____/

16              This matter came before the court on March 12, 2010 for hearing of defendant

17   Aurora Loan Services, LLC's motion to dismiss plaintiffs' complaint pursuant to Federal Rule of

18   Civil Procedure 12(b)(6) and motion to expunge recorded lis pendens.  Attorney Sasan Mirkarimi

19   appeared telephonically for defendant.  Plaintiff, proceeding pro se, also appeared at the hearing.

20              Good cause appearing, IT IS ORDERED that:

21              1.  The hearing of defendant's February 3, 2010 motion to dismiss and motion to

22   expunge recorded lis pendens (Doc. No. 7) is continued to **April 16, 2010,** at 10:00 a.m. in

23   Courtroom 27 before the undersigned.

24              2.  Plaintiff's written opposition to defendant's motions, if any, shall be filed with

25   the court and served on defendant's attorney of record on or before April 2, 2010.  This deadline

26   for the filing of opposition will apply in the event plaintiff is able to retain counsel unless counsel

substitutes into the case and makes a showing of good cause for a further continuance. Plaintiff is again cautioned that failure to file and serve timely written opposition to defendant's motions will result in a recommendation that the district judge assigned to this case dismiss the case for lack of prosecution.

      3. Any reply to plaintiff's opposition shall be filed and served by defendant on or before April 9, 2010.

DATED: March 12, 2010.

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\smith0198.oah.031210.con